IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff

vs.                                                  Case No. 1:05cr40-SPM

**LORENZO VALERA**

        Defendant

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on November 7, 2006, this Court entered a Preliminary Order of Forfeiture against the following property:

    A.    **$10,169.77 In Lieu of Real Property located at 11613 and 11805 SW 234th Street, Archer, Florida;**

    B.    **Real Property, including all improvements thereon and appurtenances thereto, located at 3351 SW 139th Avenue, Miami, Florida 33175, more particularly described as the West 208.62 feet of tract 44, less the North 190 feet thereof, in Section 15, Township 54 South, Range 39 East, of J.G. Head's Farm according to the plat thereof, as recorded in Plat Book 46, at Page 44, of the public records of Miami-Dade County, Florida, also less the South 35 feet and less the external area formed by the 45 feet radius concave to the Northeast and tangent to the West line of said Tract 44 and to a line of 35 feet North of the Parallel to South line of said Tract 44 for street right of way;**

    C.    **Check in the amount of $184,923.92.**

pursuant to the provisions of 21 U.S.C. § 853, based upon the Defendant's Plea And Cooperation Agreement and the Forfeiture Count of the Indictment; and

WHEREAS, on or about May 17, 2007, the above parties agreed upon the payment of

$37,500.00 U.S. Currency in lieu of the forfeiture of real property located at 3351 SW 139th Avenue, Miami, Florida 33175;

WHEREAS, on August 13th, 20th, and 27th, 2007, the United States of America caused to be published in the Miami Daily Business Review, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, and further notifying all third parties of their right to file a petition setting forth their interest in said property, and

WHEREAS, no persons or entities having an interest in the above-referenced property have timely filed petitions, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the following property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.

A. **$10,169.77 In Lieu of Real Property located at 11613 and 11805 SW 234th Street, Archer, Florida;**

B. **$37,500.00 U.S. Currency in lieu of real property, including all improvements thereon and appurtenances thereto, located at 3351 SW 139th Avenue, Miami, Florida 33175;**

C. **Check in the amount of $184,923.92.**

DONE AND ORDERED this 11th day of January, 2008 at Gainesville, Florida.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge