IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff

vs.                                              Case No. 1:05cr40-SPM

**LORENZO VALERA**

        Defendant

_____/

### ORDER FOR RELEASE OF FUNDS

THIS CAUSE IS before the Court on the motion of the United States of America for an Order For Release Of Funds. Being fully advised in the premises, the Court finds:

1.        On or about September 10, 2005, a check in the amount of $184,923.92 was seized in the above criminal matter.

2.        The Clerk of Court for the Northern District of Florida took custody of the check and deposited it in an interest-bearing account.

3.        On January 11, 2008, the Court entered a Final Order Of Forfeiture against various property, including a check in the amount of $184,923.92, pursuant to 21 U.S.C. § 853.

4.        As of January 22, 2008, the original amount of $184,923.92 accrued interest in the amount of $16,241.95 for a sum of $201,165.87.

It is hereby

**ORDERED, ADJUDGED and DECREED** that based on the foregoing, the sum of

$184,923.92 and accrued interested be released from the Clerk of Court for the Northern District of Florida and delivered to the United States Marshals Service in the Northern District of Florida for disposition in accordance with the Court's Final Order Of Forfeiture, dated January 11, 2008.

DONE AND ORDERED this 28th day of January, 2008, at Gainesville, Florida.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge